REICH, REICH & REICH, P.C.
Attorneys for Debtor
235 Main Street, Suite #450
White Plains, New York 10601
(914) 949-2126
By: Jeffrey A. Reich
reichlaw@aol.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

    O.C.D., LLC,                                 Chapter 11
                                                  Case No. 13-22416
                          Debtor.
-----------------------------------------------------------X

## NOTICE OF SETTLEMENT

**SHOULD YOU FAIL TO NOTIFY THE COURT AND/OR OCD LLC, BY ITS ATTORNEYS REICH, REICH & REICH, P.C., HAVING ITS ADDRESS AT 235 MAIN STREET, SUITE 450, WHITE PLAINS, NEW YORK 10601 OF YOUR OBJECTION TO THE ATTACHED PROPOSED ORDER IT MAY BE ENTERED.**

      PLEASE TAKE NOTICE, that the annexed order will be presented for settlement to the

Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy

Court located at 300 Quarropas Street, Courtroom 118, White Plains, New York 10601 on

August 14, 2013 at 12:00 P.M.

Dated: White Plains, New York
       August 8, 2013

                                                            REICH, REICH & REICH, P.C.
                                                           Attorneys for the Debtor

                                                           /s/Jeffrey A. Reich
                                                          Jeffrey A. Reich
                                                          235 Main Street, Suite 450
                                                          White Plains, New York 10601
                                                          (914) 949-2126
                                                          Reichlaw@aol.com