UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

    OCD, LLC,                                         Chapter 11
                                                           Case No. 13-22416

                            Debtor.
------------------------------------------------------------X

## ORDER

      Upon the motion of FTL Lorian, LLC ("FTL") filed on April 15, 2013 (ECF Docket No. 28) for relief from the Automatic Stay pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code (the "Motion") as to the Creditor's interests in the real estate development known as "The Lorian at Prospect Creek", Mountain Village, Colorado (the "Property") to allow FTL's enforcement of its rights in, and remedies in and to, the Property; and the opposition of the OCD, LLC (the "Debtor") to the Motion filed on May 15, 2103 (ECF Docket No. 40);  and upon all proceedings had before the Court; and the Debtor having consented to the entry of this Order; and there having been due and sufficient notice of the Motion; and this Order having been settled on all parties and no objection to its entry having been made; and after due deliberation and sufficient cause appearing therefor, it is hereby:

      ORDERED that the Motion is granted as provided herein; and it is further

      ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d) of the Bankruptcy Code as to FTL's interests in the Property to allow FTL's enforcement of its rights in, and remedies in and to, the Property.

Dated: White Plains, New York
           _____, 2013

                                        _____
                                        HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE

Order consented to
Reich, Reich & Reich, P.C.
Attorneys for the Debtor

By: /s/ Jeffrey A. Reich, Esq.

2